

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00753-CV

Robert **SCHRADE**,
Appellant

v.

Stephen E. **EARLE,** M.D. and Stephen E. Earle, M.D., P.A.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-03779
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees, Stephen E. Earle, M.D. and Stephen E. Earle, M.D., P.A, recover their costs of this appeal from appellant, Robert Schrade.

SIGNED July 9, 2014.

Catherine Stone, Chief Justice